1 | Susan St. Vincent
Acting Legal Officer
2 | NATIONAL PARK SERVICE
Law Enforcement Office
3 | P.O. Box 517
Yosemite, California 95389
4 | Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES GOVERNMENT, | ) | CASE: 6:12-MJ-0012-MJS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO VACATE TRIAL DATE AND SET FOR PLEA AND SENTENCE; AND. ORDER THEREON |
| ELIAS MAGANA, | ) | |
| Defendant. | ) | Court: U.S. District Court - Yosemite |
| | ) | Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Elias Magana, and his attorney of record, Chris Curtis, that the Bench Trial in the above-captioned matter currently scheduled for August 29, 2012, be vacated, and the matter be set for Plea and Sentence on August 28, 2012, at 10:00 a.m.

Dated: August 24, 2012          /s/ Susan St. Vincent
                                Susan St. Vincent
                                Acting Legal Officer for
                                National Park Service

Dated: August 24, 2012          /s/ Chris Curtis
                                Chris Curtis
                                Attorney for
                                Elias Magana

1

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to vacate the Trial Date, now set for August 29, 2012, and for entry of plea and sentencing in August 28, 2012, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Trial set for August 29, 2012, is vacated.
2. The above-captioned matter is now set for entry of plea and sentencing on August 28, 2012.

IT IS SO ORDERED.

Dated:   August 27, 2012                        /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE